UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CARLO IVAN GONZALEZ-SOLTERO, et al.,<br><br>　　　　Defendants. | No. 2:23-cr-00073-DJC |
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>EDUARDO ANTONIO PARDO, et al.,<br><br>　　　　Defendants. | No. 2:23-cr-00113-WBS<br><br><br>RELATED CASE ORDER |

Plaintiff has filed a notice of related cases in both of the above-captioned actions. Examination of these actions reveals that they are related within the meaning of Local Rule 123(a). Here, "both actions involve similar questions of fact and the same question of law and their assignment to the same Judge or Magistrate Judge is likely to effect a substantial savings of judicial effort." Local Rule 123(a)(3).

1

1  Accordingly, the assignment of these matters to the same judge is likely to effect a
2  substantial savings of judicial effort and is likely to be convenient for the parties.
3      The parties should be aware that relating cases under Rule 123 causes the
4  actions to be assigned to the same judge, it does not consolidate the actions.  Under
5  Rule 123, related cases are generally assigned to the judge to whom the first filed
6  action was assigned.
7      As a result, it is hereby ORDERED that 2:23-cr-00113 is reassigned from Judge
8  William B. Shubb to the undersigned.  Henceforth, the caption on documents filed in
9  the reassigned case shall be shown as 2:23-cr-00113-DJC.
10     It is further ORDERED that the Clerk of the Court make appropriate adjustment
11 in the assignment of criminal cases to compensate for this reassignment.

    IT IS SO ORDERED.

    Dated:   **May 24, 2023**

    _Daniel J. Calabretta_
    Hon. Daniel J. Calabretta
    UNITED STATES DISTRICT JUDGE

DJC1 – gonzalez-soltero23cr00073.related_cases

2