PHILLIP A. TALBERT
United States Attorney
Kerry Blackburn
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>EDUARDO ANTONIO PARDO,<br>   AKA, "LALO"<br>ENRIQUE NAVARRO-VILLA,<br>MARCO EDGAR SANDOVAL,<br>EDGAR BERNAL GUTIERREZ,<br>JUAN PABLO MARTINEZ GONZALES,<br><br>   Defendants. | CASE NO. 2:23-CR-113 DJC<br><br>STIPULATION REGARDING RESETTING OF STATUS CONFERENCE AND EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: June 5, 2021,<br>TIME: None<br>COURT: Hon. Daniel J. Calabretta |

**STIPULATION**

The United States of America, by and through Assistant United States Attorney Kerry Blackburn, together with Michael Hansen, counsel for defendant Eduardo Antonio Pardo; Clemente M. Jimenez, counsel for Enrique Navarro-Villa; Dina L. Santos, counsel for Marco Edgar Sandoval; David Fischer, counsel for Edgar Bernal Gutierrez; and Kresta Daly, counsel for Juan Pablo Martinez Gonzales, hereby stipulate as follows:

    1.    The Indictment was returned on April 27, 2023, and the Honorable William B. Shubb assigned.

    2.    By previous order, on May 1, 2023, this matter as to Mr. Navarro-Villa, Mr. Sandoval, Mr. Gutierrez, and Mr. Martinez Gonzales was set for status on June 5, 2023, with an exclusion of time,

under Local Code T4.

3. By previous order, on March 4, 2023, this matter as to Mr. Pardo was set for status on June 5, 2023, with an exclusion of time, under Local Code T4.

4. On May 24, 2023, this matter was reassigned to the Honorable Daniel J. Calabretta and the June 5, 2023 status conference was vacated with instructions to reset the matter in front of Judge Calabretta.

5. By this stipulation, all defendants, through counsel, move to set the status conference on September 21, 2023.

6. In addition, the government and all defendants, through counsel, stipulate to exclude time between June 5, 2023, and September 21, 2023, under Local Code T4.

7. The government and all defendants, through counsel, agree and stipulate, and request that the Court find the following:

    a) The government has produced discovery including law enforcement reports, lab reports, search warrants, and photographs. Upon signing of a protective order, recordings will be produced to counsel. Much, if not all, of this additional discovery is in Spanish. Further, the government will be producing additional discovery from the Kern Sheriff's Department that it recently received.

    b) All counsel desire additional time to consult with their clients, to review and copy discovery for this matter, and to otherwise prepare for trial.

    c) Each defense counsel believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    d) The government does not object to the continuance.

    e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and each defendant in a trial within the original date prescribed by the Speedy Trial Act.

    f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of June 5, 2021, to September 21,

2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at each defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

8. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: June 14, 2023                    PHILLIP A. TALBERT
                                        United States Attorney

                                        /s/ Kerry Blackburn
                                        Kerry Blackburn
                                        Assistant United States Attorney

Dated: June 15, 2023                    /s/ Michael Hansen
                                        MICHAEL HANSEN
                                        Counsel for Defendant
                                        EDUARDO ANTONIO PARDO

Dated: June 14, 2023                    /s/ Clemente M. Jimenez
                                        CLEMENTE M. JIMENEZ
                                        Counsel for Defendant
                                        ENRIQUE NAVARRO-VILLA

Dated: June 14, 2023                    /s/ Dina L. Santos
                                        DINA L. SANTOS
                                        Counsel for Defendant
                                        MARCO EDGAR SANDOVAL

Dated: June 14, 2023                    /s/ David Fischer
                                        DAVID FISCHER
                                        Counsel for Defendant
                                        EDGAR BERNAL GUTIERREZ

STIPULATION REGARDING EXCLUDABLE TIME                3
PERIODS UNDER SPEEDY TRIAL ACT

Dated:  June 14, 2023                    /s/ Kresta Daly
                                         KRESTA DALY
                                         Counsel for Defendant
                                         JUAN PABLO MARTINEZ
                                         GONZALES

**ORDER**

IT IS SO FOUND AND ORDERED.

Dated:  June 16, 2023                    /s/ Daniel J. Calabretta
                                         THE HONORABLE DANIEL J. CALABRETTA
                                         UNITED STATES DISTRICT JUDGE