Bird & Van Dyke, Inc.
A Professional Law Corporation
David S. Van Dyke, CABN 154402
Mary Ann F. Bird, CABN 206770
2111 W. March Lane
Suite B300
Stockton, CA 95207
Telephone     209.414.3266
Facsimile     209.414.3268
Attorneys for Defendant Enrique Navarro-Villa

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br><br>vs.<br><br>EDUARDO ANTONIO PARDO, ENRIQUE NAVARRO-VILLA, MARCO EDGAR SANDOVAL, EDGAR BERNAL GUTIERREZ, AND JUAN PABLO MARTINEZ GONZALES<br><br>                 Defendants. | Case No.: 2:23-CR-00113-DJC<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE<br><br>REQUESTED DATE: DEC. 7, 2023<br>TIME: 9:00 A.M.<br>JUDGE: HON. DANIEL J. CALABRETTA |

**STIPULATION**

Plaintiff, United States of America, by and through its counsels of record, Kerry Blackburn and

Justin Lee, and Defendant Eduardo Antonio Pardo, by and through his counsel of record,

Michael Hansen, Defendant Enrique Navarro-Villa, by and through his counsel of record, Mary

Ann f. Bird, Defendant Marco Edgar Sandoval, by and through his counsel of record, Dina

Santos, Defendant Edgar Bernal Gutierrez, by and through his attorney of record, David Fischer,

and Juan Pablo Martinez Gonzales, by and through his attorney of record, Kresta Daly, hereby

stipulate as follows:

STIPULATION AND ORDER - CONTINUANCE
PAGE: 1

1. By previous order, this matter was set for status conference on September 21, 2023 at 9:00 a.m. and time was ordered excluded in the interest of justice.

2. By this stipulation, the parties hereby move to continue the status conference to December 7, 2023, at 9:00 a.m. because counsels for the defendants need additional time to properly prepare a defense. Additionally, Mr. Enrique Navarro-Villa's related case in docket 2:23 CR 00073 is also pending a request for continuance for the same date of December 7, 2023 before this Honorable Court.

3. Counsels for the defendants believe that failure to grant the above requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence and the Government does not object to the continuance.

4. Based on the above stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original dates prescribed by the Speedy Trial Act.

5. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. section 3161, et seq, within which trial must commence, the time period of September 21, 2023 to December 7, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C. 3161(h)(7)(A), because it results from a continuance granted by the Court at the defendants' request on the basis of the Court's findings that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

6. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

STIPULATION AND ORDER - CONTINUANCE
PAGE: 2

1   IT IS SO STIPULATED.                      Respectfully submitted,

2   Dated: September 13, 2023                 PHILLIP A. TALBERT
                                              United States Attorney
3

4                                             ___/s/ Kerry Blackburn_____
                                              KERRY BLACKBURN
5                                             Assistant United States Attorney

6

7   Dated: September 13, 2023                 PHILLIP A. TALBERT
                                              United States Attorney
8

9                                             ___/s/ Justin Lee_____
                                              JUSTIN LEE
10                                            Assistant United States Attorney

11

12  Dated: September 13, 2023                 __/s/Michael Hansen_____
                                              MICHAEL HANSEN
13                                            Attorney for Eduardo Antonio Pardo

14

15  Dated: September 13, 2023                 ___/s/ Mary Ann F. Bird_____
                                              MARY ANN F. BIRD
16                                            Attorney for Enrique Navarro-Villa

17

18  Dated: September 13, 2023                 __/s/ Dina Santos_____
                                              DINA SANTOS
19                                            Attorney for Marco Edgar Sandoval

20

21  Dated: September 13, 2023                 __/s/ David Fischer_____
                                              DAVID FISCHER
22                                            Attorney for Edgar Bernal Gutierrez

23

24  Dated: September 13, 2023                 __/s/ Kresta Daly_____
                                              KRESTA DALY
25                                            Attorney for Juan Pablo Martinez Gonzales

26

27

28

# FINDINGS AND ORDER

The matter having come before the Court and for good cause appearing,

The Court hereby continues the status conference hearing to December 7, 2023 at 9:00 a.m. Time is excluded under the Speedy Trial Act. The ends of justice outweigh the interest of the public and the defendants in a trial within the original dates prescribed by the Speedy Trial Act.

IT IS SO ORDERED.

Dated:  September 15, 2023                    /s/ Daniel J. Calabretta
                                              THE HONORABLE DANIEL J. CALABRETTA
                                              UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER - CONTINUANCE
PAGE: 4