PHILLIP A. TALBERT
United States Attorney
Kerry Blackburn
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EDUARDO ANTONIO PARDO,<br>    AKA, "LALO"<br>ENRIQUE NAVARRO-VILLA,<br>MARCO EDGAR SANDOVAL, AND<br>JUAN PABLO MARTINEZ GONZALES,<br><br>Defendants. | CASE NO. 2:23-CR-113 DJC<br><br>STIPULATION REGARDING RESETTING OF STATUS CONFERENCE AND EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER<br><br>DATE: December 7, 2023,<br>TIME: None<br>COURT: Hon. Daniel J. Calabretta |

**STIPULATION**

The United States of America, by and through Assistant United States Attorney Kerry Blackburn, together with Michael Hansen, counsel for defendant Eduardo Antonio Pardo; Mary Bird, counsel for Enrique Navarro-Villa; Dina L. Santos, counsel for Marco Edgar Sandoval; and Kresta Daly, counsel for Juan Pablo Martinez Gonzales, hereby stipulate as follows:

1. The Indictment was returned on April 27, 2023, and the Honorable William B. Shubb assigned.

2. By previous stipulation and order, the matter was continued with an exclusion of time, under Local Code T4 to June 5, 2023.

3. On May 24, 2023, this matter was reassigned to the Honorable Daniel J. Calabretta and the June 5, 2023 status conference was vacated with instructions to reset the matter in front of Judge

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

Calabretta.

4. By previous stipulation and order, the matter was continued with an exclusion of time from June 5, 2023, to September 21, 2023, and September 21, 2023, to December 7, 2023.

5. On August 4, 2023, the Court granted a substitution of counsel request from Mary Bird as to defendant Enrique Navarro-Villa.

6. By this stipulation, all defendants, through counsel, move to set the status conference on March 14, 2024, at 9:00 a.m.

7. The government and all defendants, through counsel, agree and stipulate, and request that the Court find the following:

    a) The government has produced discovery including law enforcement reports, lab reports, search warrants, and photographs. Additional discovery has been provided, and continues to be provided, under a protective order. Much, if not all, of the additional discovery is in Spanish.

    b) All counsel desire additional time to consult with their clients, to review and copy discovery for this matter, and to otherwise prepare for trial.

    c) Each defense counsel believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    d) The government does not object to the continuance.

    e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and each defendant in a trial within the original date prescribed by the Speedy Trial Act.

    f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of December 7, 2023, to March 14, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at each defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

8. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  November 30, 2023

PHILLIP A. TALBERT
United States Attorney

/s/ Kerry Blackburn
Kerry Blackburn
Assistant United States Attorney

Dated:  November 30, 2023

/s/ Michael Hansen
MICHAEL HANSEN
Counsel for Defendant
EDUARDO ANTONIO PARDO

Dated:  November 30, 2023

/s/ Mary Ann F. Bird
MARY ANN F. BIRD
Counsel for Defendant
ENRIQUE NAVARRO-VILLA

Dated:  November 30, 2023

/s/ Dina L. Santos
DINA L. SANTOS
Counsel for Defendant
MARCO EDGAR SANDOVAL

Dated:  November 30, 2023

/s/Kresta Daly
KRESTA DALY
Counsel for Defendant
JUAN PABLO MARTINEZ GONZALES

### ORDER

IT IS SO FOUND AND ORDERED this 4th day of December, 2023.

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE