Bird & Van Dyke, Inc.
A Professional Law Corporation
David S. Van Dyke, CABN 154402
Mary Ann F. Bird, CABN 206770
2111 W. March Lane
Suite B300
Stockton, CA 95207
Telephone    209.414.3266
Facsimile    209.414.3268
Attorneys for Defendant Enrique Navarro-Villa

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>EDUARDO ANTONIO PARDO, ENRIQUE NAVARRO-VILLA, MARCO EDGAR SANDOVAL, EDGAR BERNAL GUTIERREZ, AND JUAN PABLO MARTINEZ GONZALES<br><br>　　　　Defendants. | Case No.: 2:23-CR-00113-DJC<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE<br><br>REQUESTED DATE: MAY 2, 2024<br>TIME: 9:00 A.M.<br>JUDGE: HON. DANIEL J. CALABRETTA |

**STIPULATION**

Plaintiff, United States of America, by and through its counsels of record, Kerry Blackburn, and Defendant Eduardo Antonio Pardo, by and through his counsel of record, Michael Hansen, Defendant Enrique Navarro-Villa, by and through his counsel of record, Mary Ann f. Bird, Defendant Marco Edgar Sandoval, by and through his counsel of record, Dina Santos, Defendant Edgar Bernal Gutierrez, by and through his attorney of record, Candice L. Fields, and Juan Pablo Martinez Gonzales, by and through his attorney of record, Kresta Daly, hereby stipulate as follows:

1. By previous order, this matter was set for status conference on March 14, 2024 at 9:00 a.m. and time was ordered excluded in the interest of justice.

2. By this stipulation, the parties hereby move to continue the status conference to May 2, 2024 at 9:00 a.m. because counsels for the defendants need additional time to properly prepare a defense. Additionally, Mr. Enrique Navarro-Villa's related case in docket 2:23 CR 00073 is also pending a request for continuance for the same date of March 14, 2024 before this Honorable Court. The parties understand that the requested hearing date of May 2, 2024 is a mandatory court appearance for the attorneys.

3. Counsels for the defendants believe that failure to grant the above requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence and the Government does not object to the continuance.

4. Based on the above stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original dates prescribed by the Speedy Trial Act.

5. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. section 3161, et seq, within which trial must commence, the time period of March 14, 2024 to May 2, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C. 3161(h)(7)(A), because it results from a continuance granted by the Court at the defendants' request on the basis of the Court's findings that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

6. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.                                  Respectfully submitted,

Dated: March 7, 2024                                  Assistant United States Attorney


Dated: March 7, 2024                                  PHILLIP A. TALBERT
                                                      United States Attorney

                                                      ___/s/ Kerry Blackburn_____
                                                      KERRY BLACKBURN
                                                      Assistant United States Attorney


Dated: March 7, 2024                                  __/s/Michael Hansen_____
                                                      MICHAEL HANSEN
                                                      Attorney for Eduardo Antonio Pardo


Dated: March 7, 2024                                  ___/s/ Mary Ann F. Bird_____
                                                      MARY ANN F. BIRD
                                                      Attorney for Enrique Navarro-Villa


Dated: March 7, 2024                                  __/s/ Dina Santos_____
                                                      DINA SANTOS
                                                      Attorney for Marco Edgar Sandoval


Dated: March 7, 2024                                  __/s/ Candice L. Fields_____
                                                      CANDICE L. FIELDS
                                                      Attorney for Edgar Bernal Gutierrez


Dated: March 7, 2024                                  __/s/ Kresta Daly_____
                                                      KRESTA DALY
                                                      Attorney for Juan Pablo Martinez Gonzales

STIPULATION AND ORDER - CONTINUANCE
PAGE: 3

## FINDINGS AND ORDER

The matter having come before the Court and for good cause appearing,

The Court hereby continues the status conference hearing to May 2, 2024, at 9:00 a.m. Time is excluded under the Speedy Trial Act. The ends of justice outweigh the interest of the public and the defendants in a trial within the original dates prescribed by the Speedy Trial Act. IT IS SO ORDERED.

Dated:  March 8, 2024                      /s/ Daniel J. Calabretta
　　　　　　　　　　　　　　　　　　　　THE HONORABLE DANIEL J. CALABRETTA
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE