```
PHILLIP A. TALBERT
United States Attorney
Kerry Blackburn
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:23-CR-113 DJC |
|---|---|
| Plaintiff, | AMENDED STIPULATION REGARDING SETTING OF STATUS CONFERENCE AND EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| EDUARDO ANTONIO PARDO, AKA "LALO," ENRIQUE NAVARRO-VILLA, MARCO EDGAR SANDOVAL, EDGAR BERNAL GUTIERREZ, AND JUAN PABLO MARTINEZ GONZALES, | DATE: September 19, 2024<br>TIME:<br>COURT: Hon. Daniel J. Calabretta |
| Defendants. | |

**STIPULATION**

The United States of America, by and through Assistant United States Attorney Kerry Blackburn, together with Michael Hansen, counsel for defendant Eduardo Antonio Pardo; Mary Ann Bird, counsel for Enrique Navarro-Villa; Dina L. Santos, counsel for Marco Edgar Sandoval; Candice Fields, counsel for Edgar Bernal Gutierrez; and Kresta Daly, counsel for Juan Pablo Martinez Gonzales, hereby stipulate as follows:

    1.    The Indictment was returned on March 16, 2023, and the Honorable William B. Shubb assigned.

    2.    On April 4, 2023, this matter was reassigned to the Honorable Daniel J. Calabretta.

    3.    All parties were previously in front of the Court on May 2, 2024.

4.     The parties believe that there are compelling reasons to move the status conference, set on September 19, 2024, to October 10, 2024, at 9:00 a.m.

5.     In addition, the government and all defendants, through counsel, stipulate to exclude time between September 19, 2024, to October 10, 2024, under Local Code T4.

6.     The government and all defendants, through counsel, agree and stipulate, and request that the Court find the following:

    a)     The government has produced discovery including law enforcement reports, lab reports, search warrants, and photographs. Much of the discovery is in Spanish. All parties are in receipt of phone downloads of multiple defendants, again, which are largely in Spanish. Some of those downloads were received by defense counsel after the last status conference. At least one defense counsel is in the process of having information on the defendant's telephone translated into English. That counsel believes that the translations are likely to be completed before October 10, 2024.

    b)     Since the last status conference, the government has met in person with and/or on the telephone with defense counsel, often on multiple occasions, to discuss the case. In some instances, defense counsel has provided information that is relevant to assessment of the case by the government and in some instances, the government has done the same. These discussions have been ongoing since the last status conference.

    c)     Based on these meetings, substantial progress has been made between the parties in reaching resolutions on this matter and otherwise allowing defense counsel to prepare for trial. In that vein, plea agreements are in the process of being produced to multiple defense counsel, hopefully as early as the middle of next week. Counsel will be unable to meet with their clients in time to meet the Court's Monday deadline for submission of any of those plea agreements.

    d)     The parties have been working diligently since the last status conference and substantial progress has been made on this matter. A short continuance of the status conference will be beneficial for all parties.

    e)     All defendants, through counsel, desire additional time to consult with their clients, to review discovery in this matter, and to otherwise prepare for trial.

      f)     Each defense counsel believes that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      g)     The government does not object to the continuance.

      h)     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and each defendant in a trial within the original date prescribed by the Speedy Trial Act.

      i)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of September 19, 2024 to October 10, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at each defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

7.    Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  September 12, 2024                    PHILLIP A. TALBERT
                                                 United States Attorney

                                                 /s/ Kerry Blackburn
                                                 Kerry Blackburn
                                                 Assistant United States Attorney

Dated:  September 12, 2024                    /s/ Michael Hansen
                                               MICHAEL HANSEN
                                               Counsel for Defendant
                                               EDUARDO ANTONIO PARDO

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

3

| | |
|---|---|
| Dated:  September 12, 2024 | /s/ Mary Ann Bird<br>MARY ANN BIRD<br>Counsel for Defendant<br>ENRIQUE NAVARRO-VILLA |
| Dated:  September 12, 2024 | /s/ Dina L. Santos<br>DINA L. SANTOS<br>Counsel for Defendant<br>MARCO EDGAR SANDOVAL |
| Dated:  September 12, 2024 | /s/ Candice Fields<br>CANDICE FIELDS<br>Counsel for Defendant<br>EDGAR BERNAL GUTIERREZ |
| Dated:  September 12, 2024 | /s/ Kresta Daly<br>KRESTA DALY<br>Counsel for Defendant<br>JUAN PABLO MARTINEZ GONZALES |

**ORDER**

IT IS SO FOUND AND ORDERED this 16th day of September, 2024.

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE