MICHELE BECKWITH
Acting United States Attorney
Robert Abendroth
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:23-CR-113 DJC |
|---|---|
| Plaintiff, | STIPULATION REGARDING RESETTING OF STATUS CONFERENCE AND EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER |
| v. | |
| EDUARDO ANTONIO PARDO, AKA, "LALO", MARCO EDGAR SANDOVAL, AND JUAN PABLO MARTINEZ GONZALES, | |
| Defendants. | |

**STIPULATION**

The United States of America, by and through Assistant United States Attorney Robert Abendroth, together with Michael Hansen, counsel for defendant Eduardo Antonio Pardo; Dina Lee Santos, counsel for defendant Marco Edgar Sandoval; and Kresta Daly, counsel for Juan Pablo Martinez Gonzales, hereby stipulate as follows:

1. The Indictment was returned on April 27, 2023, and the Honorable William B. Shubb assigned.

2. On May 24, 2023, this matter was reassigned to the Honorable Daniel J. Calabretta, and through previous stipulations and orders, the matter was continued with exclusions of time, under Local Code T4 to April 10, 2025 for a status conference to take place on that date.

3. By this stipulation, the undersigned defendants, through counsel, move to reset the status

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

conference from April 10, 2025 to May 29, 2025.

    4.    The government and all defendants, through counsel, agree and stipulate, and request that the Court find the following:

    a)    The government has produced discovery including law enforcement reports, lab reports, search warrants, photographs, and forensic downloads of cell phones all of which were produced under a protective order.  Much, if not all, of the cell phone download evidence is in Spanish.

    b)    All defense counsel desire additional time to consult with their clients, to review and copy discovery for this matter, and to otherwise prepare for trial.

    c)    Each defense counsel believes that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    d)    The government does not object to the continuance.

    e)    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and each defendant in a trial within the original date prescribed by the Speedy Trial Act.

    f)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of April 10, 2025 to May 29, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at each defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

[CONTINUED ON NEXT PAGE]

5.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  April 4, 2025

MICHELE BECKWITH
Acting United States Attorney

/s/ Robert Abendroth
Robert Abendroth
Assistant United States Attorney

Dated:  April 4, 2025

/s/ Michael Hansen
MICHAEL HANSEN
Counsel for Defendant
EDUARDO ANTONIO PARDO

Dated:  April 4, 2025

/s/Dina Lee Santos
DINA LEE SANTOS
Counsel for Defendant
MARCO EDGAR SANDOVAL

Dated:  April 4, 2025

/s/Kresta Daly
KRESTA DALY
Counsel for Defendant
JUAN PABLO MARTINEZ GONZALES

## ORDER

IT IS SO FOUND AND ORDERED this 4th day of April, 2025.

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE