ERIC GRANT
United States Attorney
Robert Abendroth
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:23-CR-113 DJC |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER |
| v. | |
| EDUARDO ANTONIO PARDO, | |
| Defendant. | |

**STIPULATION**

The United States of America, by and through Assistant United States Attorney Robert Abendroth, together with Michael Hansen, counsel for defendant Eduardo Antonio Pardo, hereby stipulate as follows:

1. The Indictment was returned on April 27, 2023, and the Honorable William B. Shubb assigned.

2. On May 24, 2023, this matter was reassigned to the Honorable Daniel J. Calabretta, and through previous stipulations and orders, the matter was continued with exclusions of time, under Local Code T4 to April 10, 2025 for a status conference to take place on that date.

3. At a status conference on August 21, 2025 the parties discussed items in the government's possession which have yet to be tendered in discovery specifically concerning digital evidence. The parties requested and the Court set a trial date on January 20, 2026 along with trial schedules and dates for appropriate motions.

4. The government and all defendants, through counsel, agree and stipulate, and request that the Court find the following:

    a) The government will produce additional discovery including digital forensic evidence in the coming weeks for the defense counsel's review.

    b) Defense counsel desires additional time to consult with his client, to review discovery for this matter, and to otherwise prepare for trial.

    c) Defense counsel believes that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    d) The government does not object to the continuance.

    e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and each defendant in a trial within the original date prescribed by the Speedy Trial Act.

    f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of August 21, 2025 to January 20, 2026, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at each defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

[CONTINUED ON NEXT PAGE]

5. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: August 21, 2025

ERIC GRANT
United States Attorney

/s/ Robert Abendroth
Robert Abendroth
Assistant United States Attorney

Dated: August 21, 2025

/s/ Michael Hansen
MICHAEL HANSEN
Counsel for Defendant
EDUARDO ANTONIO PARDO

## ORDER

IT IS SO FOUND AND ORDERED this 21st day of August, 2025.

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE