```
ERIC GRANT
United States Attorney
ROBERT ABENDROTH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>EDUARDO ANTONIO PARDO,<br>　　AKA, "LALO",<br><br>　　　　　　　　Defendant. | CASE NO.  2:23-CR-113 DJC<br><br>STIPULATION TO RESET STATUS CONFERENCE FOR CHANGE OF PLEA AND ORDER |

**STIPULATION**

The United States of America, by and through Assistant United States Attorney Robert Abendroth, together with Michael Hansen, counsel for defendant Eduardo Antonio Pardo, hereby stipulate as follows:

1.　The case is set for status conference on September 25, 2025, and the matter is set for trial on January 20, 2026. The Court previously excluded time pursuant to the Speedy Trial Act through January 20, 2026. See Doc. No. 118. On September 18, 2025, the government provided supplemental discovery material to defense counsel. The parties anticipate they will finalize a plea agreement in this matter. Therefore, the parties are requesting to cancel the status conference set for September 25, 2025, and the parties request that the matter be reset for a change of plea hearing on the Court's calendar for October 16, 2025 at 9:00 a.m. Because the Court has previously made a finding pursuant to the Speedy Trial Act, no exclusion of time is necessary.

2.     For the foregoing reasons, the parties request that the Court remove this matter from its September 25, 2025 calendar and reset this matter for change of plea on October 16, 2025 at 9:00 a.m. IT IS SO STIPULATED.

Dated:  September 19, 2025

ERIC GRANT
United States Attorney

/s/ ROBERT ABENDROTH
ROBERT ABENDROTH
Assistant United States Attorney

Dated:  September 19, 2025

/s/ Michael Hansen
MICHAEL HANSEN
Counsel for Defendant
EDUARDO ANTONIO PARDO

## ORDER

At the request of the parties in this matter, and for good cause, the status conference in this matter set for September 25, 2025 is canceled, and this matter is reset for a change of plea hearing on October 16, 2025 at 9:00 a.m.

SO ORDERED this 19th day of September, 2025.

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE